1
2
3
4                    UNITED STATES DISTRICT COURT
5                    NORTHERN DISTRICT OF CALIFORNIA
6
7    SHAON ROBINSON,                          Case No.  15-cv-05421-RS
              Plaintiff,
8
         v.                                   **CASE MANAGEMENT SCHEDULING**
9                                             **ORDER**
10   THE CHEFS' WAREHOUSE,
              Defendant.
11

12         Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

13   Management Conference on March 24, 2016.  After considering the Joint Case Management

14   Statement submitted by the parties and consulting with the attorneys of record for the parties and

15   good cause appearing, IT IS HEREBY ORDERED THAT:

16         1.      DISCOVERY.

17         Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b)

18   twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number

19   of requests for production of documents or for inspection per party; and (d) a reasonable number

20   of requests for admission per party.

21         2.      DISCOVERY DISPUTES.

22         Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and

23   conferred, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute.

24   Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under

25   the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter

26   Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that

27   Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or

28   set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further

United States District Court
Northern District of California

1  discovery matters shall be filed pursuant to that Judge's procedures.

2        3.      EXPERT WITNESSES.

3        The disclosure and discovery of expert witnesses shall proceed as follows:

4            a.    On or before March 3, 2017, parties will designate experts in accordance with

5                 Federal Rule of Civil Procedure 26(a)(2).

6            b.    On or before March 17, 2017, parties will designate their supplemental and rebuttal

7                 experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

8            c.    On or before April 28, 2017, all discovery of expert witnesses pursuant to Federal

9                 Rule of Civil Procedure 26(b)(4) shall be completed.

10        4.      CLASS CERTIFICATION.

11            a.    On or before June 2, 2017, plaintiff will file his motion for class certification.

12            b.    On or before August 1, 2017, defendant will file its opposition to class certification.

13            c.    On or before August 31, 2017, plaintiff will file his reply, if any, to defendant's

14                 opposition.

15            d.    Plaintiff's motion for class certification shall be heard on September 21, 2017, at

16                 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate

17                 Avenue, San Francisco, California.

18        5.      CLASS ACTION SETTLEMENTS.

19        In putative class actions, prior to submitting any motion for approval of a class settlement,

20  the parties shall review the guidelines at http://cand.uscourts.gov/ClassActionSettlementGuidance

21  and tailor the motion appropriately.

22

23  **IT IS SO ORDERED**.

24

25  Dated: March 24, 2016

26   

27  RICHARD SEEBORG
    United States District Judge

28

United States District Court
Northern District of California