United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAON ROBINSON,

    Plaintiff,

v.

THE CHEFS' WAREHOUSE,

    Defendant.

Case No. 15-cv-05421-RS

**ORDER DENYING DISCOVERY MOTION, WITHOUT PREJUDICE**

Plaintiff's motion to compel further discovery responses filed this date (Dkt. No. 28) is denied for failure to comply with the procedures for presenting discovery disputes set out in the Case Management Scheduling Order, filed March 24, 2016 (Dkt. No. 20).  This order is without prejudice to plaintiff's ability to resubmit the dispute in the manner specified in the Case Management Scheduling Order, at which time the merits of the dispute will be referred to a magistrate judge for resolution.

**IT IS SO ORDERED**.

Dated:  October 26, 2016

_____
RICHARD SEEBORG
United States District Judge