UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAON ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CHEFS' WAREHOUSE,<br><br>    Defendant. | Case No. 3:15-cv-05421-RS   (KAW)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF; ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 33 |

On November 7, 2016, Plaintiff filed an administrative motion for leave to file a unilateral discovery letter brief after Defendant refused to participate in a joint submission. (Mot., Dkt. No. 33 at 1.) Defendant did not file an opposition to the administrative motion, which was referred to the undersigned.

Accordingly, Plaintiff's motion is GRANTED, and Plaintiff may file a discovery letter not to exceed three pages, with the discovery devices at issue attached as exhibits, as required by Paragraph 13 of the undersigned General Standing Order. Plaintiff shall concurrently file a declaration regarding the attorneys' fees and costs incurred in relation to the unilateral letter, which the Court will consider in deciding whether to impose discovery sanctions on Defendant for failure to fully participate in the discovery process.

Defendant may file a discovery letter in response to Plaintiff's submission within 7 days, not to exceed three pages, which, in addition to addressing the remaining discovery disputes, must also explain why Defendant did not participate in the joint letter drafted by Plaintiff and SHOW CAUSE why sanctions should not be imposed.

IT IS SO ORDERED.

Dated: November 15, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge