UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAON ROBINSON,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CHEFS' WAREHOUSE,<br><br>        Defendant. | Case No. 3:15-cv-05421-RS   (KAW)<br><br>**ORDER VACATING 11/15/16 ORDER PERMITTING PLAINTIFF TO FILE UNILATERAL DISCOVERY LETTER BRIEF; ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 37 |

On November 15, 2016, the Court granted Plaintiff's November 7, 2016 administrative motion to file a unilateral discovery letter brief. Therein, the Court erroneously stated that Defendant had not filed an opposition. On November 16, 2016, Defendant filed a response to the November 15 order, in which it reiterated that it had supplemented its discovery responses and produced responsive documents, had produced a settlement agreement in a prior case, and had provided Plaintiff with its portion of the joint letter. (Dkt. No. 40.)

In light of the foregoing, the Court VACATES the November 15, 2016 order permitting Plaintiff to file a unilateral discovery letter, and orders the parties to further meet and confer regarding the pending disputes in an effort to fully resolve them without court intervention.

Additionally, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: November 17, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge