UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAON ROBINSON,

    Plaintiff,

v.

THE CHEFS' WAREHOUSE, INC.,

    Defendant.

Case No. 15-cv-05421-RS

**ORDER RE "MOTION FOR ADMINISTRATIVE RELIEF"**

Invoking Civil Local Rule 7-11, defendant has filed a motion seeking various forms of relief in connection with alleged misconduct by plaintiff's counsel at deposition. The serious allegations made, and the relief sought, do not fall within the scope of "administrative" matters appropriately addressed under Rule 7-11. Furthermore, the matter is one within the prior referral of all discovery disputes to the assigned magistrate judge. Accordingly, the "motion for administrative relief" (Dkt. No. 49) is hereby expressly referred to the magistrate judge for disposition under such procedures as she may deem appropriate.

**IT IS SO ORDERED**.

Dated: January 19, 2017

RICHARD SEEBORG
United States District Judge