United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAON ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CHEFS' WAREHOUSE,<br><br>    Defendant. | Case No. 3:15-cv-05421-RS   (KAW)<br><br>**ORDER TERMINATING MOTION FOR ADMINISTRATIVE RELIEF AND DIRECTING DEFENDANT TO FILE A MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 49 |

On January 18, 2017, Defendant filed a motion under Civil Local Rule 7-11 seeking various forms of relief for alleged misconduct by Plaintiff's counsel at deposition. As stated in the district court's January 19, 2017 order, the seriousness of the allegations and the relief sought "do not fall within the scope of 'administrative' matters appropriately addressed under Rule 7-11." (Dkt. No. 54.)

Accordingly, the motion for administrative relief is TERMINATED, and Defendant is directed to file a motion for sanctions.

IT IS SO ORDERED.

Dated: January 25, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge