# EXHIBIT A

Page 1

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

4   SHAON ROBINSON, on behalf of
    himself, all others similarly
5   situated, and the general
    public,

6

7        Plaintiff,

     vs.                    Case No. 15-cv-05421
8

9   THE CHEFS' WAREHOUSE, INC.,
    a Delaware corporation, and
    DOES 1 through 100,
10  inclusive,

11       Defendants.

12   _____

13

14

15

16        VIDEO DEPOSITION OF SHAON ROBINSON

17           San Francisco, California

18          Thursday, January 12, 2017

19                 Volume I

20

21

22   REPORTED BY:

23   REBECCA L. ROMANO, RPR, CSR No. 12546

24   JOB NO. 2502346

25   PAGES 1 - 45

Page 2

1                  UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3

4       SHAON ROBINSON, on behalf of
        himself, all others similarly

5       situated, and the general
        public,

6

7              Plaintiff,

8              vs.                    Case No. 15-cv-05421

9       THE CHEFS' WAREHOUSE, INC.,
        a Delaware corporation, and
        DOES 1 through 100,

10      inclusive,

11             Defendants.

        ─────────────────────────────

12

13

14

15

16

17             DEPOSITION OF SHAON ROBINSON, taken on

18      behalf of the Defendants, at Reed Smith LLP,

19      101 Second Street, Suite 1800, San Francisco,

20      California, commencing at 10:09 a.m., Thursday,

21      January 12, 2017 before Rebecca L. Romano,

22      Certified Shorthand Reporter No. 12546

23

24

25

Page 3

1                    APPEARANCES OF COUNSEL

2

3    For the Plaintiffs:

4         HOFFMAN EMPLOYMENT LAWYERS, LLP

5         BY:  MICHAEL HOFFMAN

6         Attorney at Law

7         100 Pine Street

8         Suite 1550

9         San Francisco, California 94111

10        (415) 362-1111

11

12   For the Defendants:

13        REED SMITH LLP

14        BY:  MICHELE J. BEILKE

15        Attorney at Law

16        355 South Grand Avenue

17        Suite 2800

18        Los Angeles, California 90071

19        (213) 457-8000

20        mbeilke@reedsmith.com

21

22

23   ALSO PRESENT:

24        Cassia Leet, Videographer

25   /////

Page 5

1           San Francisco, California;

2           Thursday, January 12, 2017

3               10:09 a.m.

4               ---oOo---

5

6           THE VIDEOGRAPHER:  Good morning.

7           MS. BEILKE:  I hope you behave like that

8   in front of the judge.

9           MR. HOFFMAN:  Oh, please.  Don't tell me

10  how to behave and don't be lecturing me.                10:09:49

11          THE VIDEOGRAPHER:  Okay.  We are on the

12  record at 10:09 a.m. on January 12th, 2017.  This

13  is the video-recorded deposition of Shaon Robinson.

14  My name is Cassia Leet here with our court reporter

15  Rebecca Romano.  We are here from                       10:10:04

16  Veritext Legal Solutions at the request of counsel

17  for defendants.  This deposition is being held at

18  101 Second Street, Suite 1800,

19  San Francisco, California 94105.

20          The caption of this case is                     10:10:21

21  Shaon Robinson, et al., versus The

22  Chefs' Warehouse, Inc., et al., in the

23  United States District Court

24  Northern District of California,

25  Case No. 15-cv-05421.                                   10:10:33

Page 6

1          Please note the audio and video recording        10:10:40

2     will take place unless all parties agree to go off

3     the record.  Microphones are sensitive and may pick

4     up whispers and private conversations.

5          I am not related to any party in this        10:10:51

6     action nor am I financially interested in the

7     outcome in any way.

8          If there are any objections to the

9     proceedings, please state them at the time of your

10    appearance beginning with the noticing attorney.        10:11:03

11          If you could just introduce yourselves.

12          MS. BEILKE:  Yes.  Michele Beilke for

13    Defendant Chefs' Warehouse.

14          MR. HOFFMAN:  I am Michael Hoffman.  I'm

15    here for Shaon Robinson.        10:11:12

16          THE VIDEOGRAPHER:  Thank you.  The

17    witness will be sworn in and counsel may begin the

18    examination.

19          THE REPORTER:  If you could raise your

20    right hand for me, please.        10:11:30

21          THE DEPONENT:  (Complies.)

22          THE REPORTER:  You do solemnly state,

23    under penalty of perjury, that the testimony you

24    are about to give in this deposition, shall be the

25    truth, the whole truth and nothing but the truth?        10:11:30

Page 8

1   raise your voice.  Because if you start raising          10:12:14

2   your voice, then I'll sense anger which may trigger

3   my own anger.

4         So if you kindly would stop raising your

5   voice, that would be appreciated.  Because if I          10:12:25

6   raise my voice, it's much more alarming and I would

7   prefer not to do that, so kindly quit raising your

8   voice, please.

9         MS. BEILKE:  Okay.  I'm going to ask that

10  you please not interrupt me when I am speaking.          10:12:36

11  You will have your opportunity to respond to what

12  I'm saying when I am finished and --

13        MR. HOFFMAN:  Counselor, what we have

14  right here is an issue of basic respect.

15        If -- if you have a basic disrespect for          10:12:51

16  a person that says that they have a commitment at

17  5:00 p.m., then already I'm sensing terrible issues

18  throughout the day.  Because 5:00 p.m., if that's

19  not respected, I shudder to think what else will

20  not be respected.                                         10:13:11

21        So, again, basic human rights will be

22  respected here today.  Because if basic human

23  rights are not respected here today, we will leave

24  today.  And you can come back when you think you

25  can respect our basic rights; is that understood,        10:13:24

Page 9

1   Counselor?                                          10:13:27

2          MS. BEILKE:  Okay.  First of all --

3          MR. HOFFMAN:  Is that understood, first

4   of all?  Do you understand what I am saying?

5          MS. BEILKE:  I am not here to answer your    10:13:30

6   questions.

7          MR. HOFFMAN:  Then don't talk to me

8   directly anymore, I'm -- don't talk -- don't speak

9   to me directly anymore.

10         MS. BEILKE:  Do not -- okay.  I want the      10:13:36

11  record to reflect that Mr. Hoffman has turned his

12  back to myself and my client, and we are looking at

13  the back of his head.

14         MR. HOFFMAN:  Bald head.

15         MS. BEILKE:  He is disrespectful.  He is      10:13:48

16  raising his voice.

17         MR. HOFFMAN:  Oh.

18         MS. BEILKE:  He is --

19         MR. HOFFMAN:  That's a lie, Counsel.

20         MS. BEILKE:  -- misbehaving.                  10:13:53

21         MR. HOFFMAN:  Because everyone in the

22  room knows that I am not raising my voice.

23         MS. BEILKE:  He is misbehaving.  I

24  consider his statement about, it won't be well

25  received and his response to any discussions with   10:14:01

Page 10

1   me to be a threat.  And I don't appreciate that.        10:14:04

2        We are here to take Mr. Robinson's

3   deposition.  Your role here today is simply to

4   object to any questions that you find

5   objectionable.                                          10:14:16

6        And I am not going to accept being abused

7   or mistreated by Mr. Hoffman in any way.  I will

8   cease this deposition and seek a protective order,

9   if I feel that you have elevated to such that we

10  cannot proceed today.                                   10:14:31

11        So with that --

12        MR. HOFFMAN:  Counsel --

13        MS. BEILKE:  -- I would like to start my

14  deposition.

15        MR. HOFFMAN:  Counsel, I -- I -- I would      10:14:36

16  like to correct something here.  I'm afraid that

17  you misspoke when you said I raised my voice,

18  because that was unfair.

19        (Reporter clarification.)

20        MR. HOFFMAN:  There is tape -- there is a     10:14:43

21  tape here, and I'm not raising my voice, so that's

22  the only correction I have.

23        MS. BEILKE:  Okay.

24

25  /////                                                   10:14:48

Page 13

1          A.    Previous with another company.  I believe          10:16:46

2    2014 maybe.

3          Q.    And what company are you referring to?

4          A.    Arrowhead.

5          Q.    Is that Nestle?          10:17:02

6          A.    Yes.

7          Q.    And were you a party in the lawsuit that

8    was filed against Arrowhead?

9          A.    Yes.

10         Q.    And what were the claims in that case          10:17:15

11    that you were bringing against Arrowhead?

12              MR. HOFFMAN:  I'm -- I'm objecting.

13    No. 1, it calls for a legal conclusion on the part

14    of a nonlawyer/lay witness.

15              In addition, the matters covered in the          10:17:30

16    Nestle case were subject to a settlement agreement,

17    which a settlement agreement is confidential, and

18    so because of the confidentiality issues relating

19    to that settlement agreement, we are going to keep

20    it to a very short leash on these questions.          10:17:43

21              So, Shaon, if you understand anything to

22    do with what the case was about, you can tell her

23    as best you can.

24              MS. BEILKE:  Okay.  I want to respond

25    that these are my questions.  You are not to be          10:17:56

Page 18

1   Objection.  Relevance.  And it wasn't                10:23:02

2   Michael Hoffman.  It was Hoffman Employment

3   Lawyers, LLP, Alec Segarich.  I mean, you can see

4   the complaint speaks for itself and you are asking

5   him based on the complaint he doesn't remember       10:23:10

6   seeing.

7            Do you remember seeing this complaint?

8            THE DEPONENT:  I don't remember.  I just

9   was remembering seeing my name and --

10           MR. HOFFMAN:  Okay.  So -- so relevance.     10:23:16

11  You're asking him about documents you [sic] haven't

12  even seen before.  No foundation for this.

13           MS. BEILKE:  Okay.  So first of all, you

14  are not to interrupt my deposition.

15           MR. HOFFMAN:  No, please don't tell me       10:23:23

16  what to do.

17           MS. BEILKE:  And you are not to --

18           MR. HOFFMAN:  Don't lecture me.

19           MS. BEILKE:  -- throw documents on the

20  table.                                                10:23:28

21           MR. HOFFMAN:  I am not throwing

22  documents.  I put them on the table.

23           MS. BEILKE:  You are.

24           MR. HOFFMAN:  Don't misrepresent what --

25           MS. BEILKE:  You are staring --              10:23:29

Page 19

```
 1          MR. HOFFMAN:  -- I am doing.              10:23:32

 2          MS. BEILKE:  You are staring --

 3          MR. HOFFMAN:  I am not doing anything.

 4          MS. BEILKE:  -- at me in a threatening

 5   manner.                                         10:23:33

 6          MR. HOFFMAN:  Oh, please.

 7          MS. BEILKE:  And --

 8          MR. HOFFMAN:  You are a complete

 9   caricature; you're a joke saying that.  There's a

10   video here, and there's -- there's a -- there's a  10:23:38

11   -- there's a -- and there's a tape recording.

12          MS. BEILKE:  Okay.

13          MR. HOFFMAN:  Please continue to --

14          (Simultaneously speaking.)

15          MS. BEILKE:  We are going to take a short  10:23:41

16   break.

17          MR. HOFFMAN:  You are confused.  You are

18   just a joke.

19          MS. BEILKE:  We are going to take a short

20   break.                                          10:23:44

21          MR. HOFFMAN:  You are pathetic,

22   Counselor.

23          MS. BEILKE:  And --

24          MR. HOFFMAN:  You are just the weakest

25   lawyer I have seen in a very long time.         10:23:46
```

Veritext Legal Solutions
866 299-5127

Page 20

1       MS. BEILKE:  Okay.                           10:23:48

2       MR. HOFFMAN:  You really are such a sad

3   advocate.  Is this all Reed Smith really has for

4   Chefs' Warehouse?  Is this what you really get for

5   your money?  This is pathetic.  This is really sad.  10:23:56

6       She greets me, her head's all over the

7   place, flustered just -- just -- just no bearing on

8   anything, just throwing things all over the place.

9   You are like a little control freak expecting me to

10  go along with -- with whatever you want with no      10:24:07

11  foundations for your documents.  You are out of

12  your mind, Counselor.

13      If you expect yourself to throw documents

14  at my -- at my client that he's never seen before

15  and expect yourself to be bolstered by heretofore    10:24:16

16  -- completely never seen documents by him.  You are

17  sorely mistaken, Counselor.  I don't know what you

18  heard about me, okay, but I'm not a chump.  I'm not

19  going to take questions with no foundations.

20      Okay?                                           10:24:30

21      MS. BEILKE:  Okay.  So --

22      MR. HOFFMAN:  So you need to ask what you

23  want to do, but this -- this is not happening.

24      Okay?

25      We are going to get some rules.  Some          10:24:34

Page 21

1   procedures here and some respect for                10:24:36

2   Shaon Robinson.  Okay?  We are not going to be

3   clobbering him with documents that he has never,

4   ever even seen before and expecting him to go ahead

5   and confirm some of your ludicrous assertions.        10:24:44

6   That's not happening.

7           Can you ask a question with some

8   evidence, something that has to do with this case.

9   Then we can participate.

10          You want to take a break, go ahead,           10:24:53

11  but --

12          (Simultaneously speaking.)

13          MS. BEILKE:  Yeah, we are going to take a

14  break.

15          MR. HOFFMAN:  -- and this is your case,        10:24:56

16  Counselor.  You're wasting our time now.  We are on

17  the clock.  I'm sitting here now; we are on the

18  clock.

19          MS. BEILKE:  Okay.

20          MR. HOFFMAN:  We've got seven hours here,      10:25:02

21  Counselor.

22          MS. BEILKE:  We are going to take a

23  break.

24          MR. HOFFMAN:  You are wasting our time.

25  You're wasting valuable time you can have to          10:25:05

Page 22

1    cross-examine Mr. Robinson, because you don't have        10:25:06

2    the coverage or the know-how or -- or the ability

3    to formulate a question, so you have to go because

4    you can't sit here and actually ask him a question.

5             Is that what you are really telling your        10:25:18

6    client?  How much are you charging this -- this --

7    this Chefs' Warehouse?  At least 500 an hour and

8    you can't ask a question.  Ask a question,

9    Counselor.  Let's see what they get for 500 an

10   hour.                                                     10:25:29

11            MS. BEILKE:  Okay.  We are going to take

12   a break.

13            THE VIDEOGRAPHER:  Okay.

14            MS. BEILKE:  And Mr. Hoffman is going to

15   try to re-compose himself, so we can --               10:25:35

16            MR. HOFFMAN:  Hey, Counselor, I'm not

17   here.

18            MS. BEILKE:  -- continue with this

19   deposition --

20            MR. HOFFMAN:  You ask whatever you want.    10:25:39

21            MS. BEILKE:  -- in a professional manner.

22            MR. HOFFMAN:  I'll be in the corner.  Ask

23   whatever you want.

24            (Simultaneously speaking.)

25            MS. BEILKE:  I want the record to reflect   10:25:42

Page 23

1    that he's now standing up, throwing his hands in        10:25:42

2    the air.

3            MR. HOFFMAN:  Oh, please.

4            MS. BEILKE:  And pacing in the room.

5            MR. HOFFMAN:  You are a joke.  You are a        10:25:47

6    liar.  You're misrepresenting what's happening

7    here.  I'm getting out of the way.  You can ask him

8    a question.

9            MS. BEILKE:  Okay.  We are taking a

10   break.                                                   10:25:54

11           THE VIDEOGRAPHER:  Going off the record,

12   the time is 10:26.  We are off.

13           (Recess taken.)

14           THE VIDEOGRAPHER:  Back on the record,

15   the time is 10:29.                                       10:29:36

16           MS. BEILKE:  Yes, we're just back from a

17   short break, and I'm actually going to be

18   suspending the deposition today --

19           MR. HOFFMAN:  Okay.

20           MS. BEILKE:  -- and going to be seeking a        10:29:45

21   protective order.

22           MR. HOFFMAN:  Okay.

23           MS. BEILKE:  Mr. Hoffman, the record

24   speaks --

25           MR. HOFFMAN:  I -- I -- I should state          10:29:51

Page 24

1    right now --                                    10:29:52

2          MS. BEILKE:   The record speaks -- please

3    do not interrupt me.

4          MR. HOFFMAN:   No, I will say something

5    now.   It seemed to me that all four ladies walked    10:29:54

6    out of the room and there is a little bit of a

7    conspiracy going on by actually official reporters.

8    People here who actually have a duty to be neutral.

9    Okay?   And I saw all the ladies go out at once and

10   all the ladies came back together.                    10:30:08

11         I'm just sensing that there's some kind

12   of energy here in the room that was very

13   threatening to me personally, accusations were

14   leveled throughout that I was raising my voice.   A

15   picture was trying to be painted that I was somehow   10:30:22

16   behaving inappropriately when it seemed that

17   lawyers and other people were behaving very

18   disrespectfully to me and my client from the gate.

19         Especially from the start, at 5:00 p.m.,

20   there was a major issue trying to leave by            10:30:35

21   5:00 p.m.   There was major constraints and

22   roadblocks, and then we got on the record and it

23   got worse and worse.

24         Counsel was trying to portray me in the

25   situation that was either outright false -- and       10:30:48

Page 26

```
 1    to go on to the court right now and try and get        10:31:47

 2    this worked out, I'm saying we are done.

 3          MS. BEILKE:  Okay.

 4          MR. HOFFMAN:  We are -- we are -- we are

 5    -- we are done.  The deposition is concluded.  I,       10:31:53

 6    myself, will -- will be filing a motion with my

 7    office.  Because you cannot go ahead and try and

 8    set a deposition up because you are not ready to --

 9    to complete it and just leave.

10          MS. BEILKE:  Okay.                                10:32:04

11          MR. HOFFMAN:  Because for us to come back

12    now, we are going to get sanctions from you based

13    on your misbehavior and your threatening behavior

14    and your raising your voice, and now you are

15    aborting the deposition midstream, completely          10:32:12

16    without considering my time and fair invitation to

17    call into the magistrate's office.  Because if

18    you -- if you refuse to do that now, you're

19    behaving completely unprofessionally, and we will

20    seek sanctions for your behavior.                       10:32:29

21          MS. BEILKE:  Okay.  As -- as I was saying

22    before I was interrupted --

23          MR. HOFFMAN:  Let's go.

24          MS. BEILKE:  -- we are suspending the

25    deposition because Mr. Hoffman's unprofessional         10:32:36
```

Veritext Legal Solutions
866 299-5127

Page 27

1    conduct, his erratic behavior it's -- it's clear to        10:32:39

2    me that's he's under the influence of some kind of

3    a substance, as he is acting quite erratic, can't

4    sit still, has an elevated voice, very irrational

5    conduct, all of which is on the record.        10:32:52

6            I want the video and the transcript

7    before the judge where it can be read in black and

8    white how Mr. Hoffman has behaved here today in

9    this deposition.  And I am not proceeding in the

10   deposition without a protective order.  And we will        10:33:06

11   also be seeking sanctions.

12           MR. HOFFMAN:  Now -- now, let me -- let

13   me respond to that.  You are the one that is

14   bouncing off the walls, Counselor, okay?  When you

15   first greeted me, there was no eye contact.  You        10:33:20

16   seemed to be literally bouncing off the walls.  You

17   couldn't even walk straight.  So maybe you had --

18   had a -- had a -- had a -- had a drink this

19   morning.  It's possible you were drinking this

20   morning or had some alcohol or drugs or other        10:33:31

21   medication that I'm unaware of, that's entirely

22   possible.

23           But I am not under any influence of

24   anything.  It is you, Counselor, that is trying to

25   engender some kind of weird thing into this        10:33:42

Page 28

1    process.  I've been through hundreds of depositions        10:33:44

2    in my career and, again, I am not behaving in any

3    way that is unprofessional.  I'm just sitting here

4    letting you ask your questions.  I want to call the

5    judge.  You refused to even call the judge because        10:33:57

6    the judge will tell you that you are the one that's

7    wrong and you need to finish up the deposition

8    today.

9            So I will call the judge from here and I

10   will find out.  You can suspend the deposition if        10:34:08

11   you want, but I will get this on the record.

12   Because I'm -- I'm calling the chambers right now.

13   That's what I am doing.

14           MS. BEILKE:  Okay.

15           MR. HOFFMAN:  You can leave if you want,        10:34:18

16   but I am making the bigger record of this than

17   you're making because your record is not fair.

18           You are painting me out to be something I

19   am not.  You are saying things that are outright

20   false.  You are lying about me directly, and I am        10:34:25

21   not going to sit here and take that.

22           I am going to call into the court, and we

23   will see who is right and who is wrong about this.

24   You can't just -- just say whatever you want to

25   say.  And just leave and seek sanctions and get        10:34:33

Page 30

| 1 | MR. HOFFMAN:  I'm afraid my behavior is | 10:35:10 |

 1          MR. HOFFMAN:  I'm afraid my behavior is        10:35:10

 2  nothing unusual at all.  It's your behavior that's

 3  frightfully insecure and frightfully needy.

 4          Now I'm going to call the court and they

 5  will tell you to ask your questions.  That's what    10:35:20

 6  they're going to do.

 7          MS. BEILKE:  Okay.

 8          MR. HOFFMAN:  Because that's your job.

 9          MS. BEILKE:  It is my job.  It's not my

10  job to be abused.                                    10:35:26

11          MR. HOFFMAN:  If -- if you can't do --

12  do -- do your job, Counselor, that's your problem.

13          MS. BEILKE:  Okay.

14          MR. HOFFMAN:  I'm calling the court right

15  now.                                                 10:35:31

16          MS. BEILKE:  You can stay on the record;

17  we are leaving.

18          MR. HOFFMAN:  That's fine.  Because --

19          MS. BEILKE:  We are done.

20          MR. HOFFMAN:  -- if you can't do your        10:35:35

21  job, Counselor, then you should -- should maybe

22  find another job.  Because this is your job to ask

23  questions.  If you can't do your job, then again,

24  find another one.  That's right.  That's right.

25  You sit here now --                                  10:35:49

Page 31

```
 1          MS. BEILKE:  Don't -- don't --              10:35:51

 2          MR. HOFFMAN:  -- like a professional.

 3          MS. BEILKE:  Do not threaten me.

 4          MR. HOFFMAN:  I can't believe you -- I

 5     can't believe you are doing this.  You are, like,    10:35:53

 6     so sad.  You call yourself a lawyer?

 7          MS. BEILKE:  Keep going, Mr. Hoffman.

 8          (Simultaneously speaking.)

 9          MR. HOFFMAN:  I just can't believe -- I

10     just can't -- I'm going to -- I'm going to call the   10:36:02

11     court on me -- I'm going to call the court on you.

12     You are so thin-skinned.  You can't ask a question.

13     I'm shocked.  I am just shocked.  I'm going to call

14     the court right now.  I'm going to see what's up.

15     I'm waiting for -- I'm waiting for the number from    10:36:10

16     my office.  We are going to call the court.  This

17     is a joke.

18          (Reporter clarification.)

19          MS. BEILKE:  I actually want you on the

20     record, while he calls the court.                     10:36:27

21          MR. HOFFMAN:  I will.

22          MS. BEILKE:  See if he does that.

23     There's no rules of ethics violations --

24          (Simultaneously speaking.)

25          MR. HOFFMAN:  Well, Counselor, if you           10:36:29
```

Veritext Legal Solutions
866 299-5127

Page 32

1    just leave like this, you're just a coward.  Just        10:36:29

2    leaving like this.  It's unbelievable.

3              MS. BEILKE:  Keep going.

4              MR. HOFFMAN:  How can you leave the room

5    like this?  Unbelievable.                                 10:36:38

6              (Whereupon, Ms. Beilke has left the room

7    and requested the reporter to stay on the record

8    while Mr. Hoffman calls the court.)

9              MR. HOFFMAN:  Can I get the number for

10   the magistrate?  She just took off and I don't            10:36:38

11   believe this, this is wasting my time today.  I'm

12   not coming back.  I don't want to come back.  Just

13   garden-variety stuff.  I want to call the court.

14              No, I want to call the magistrate.  She

15   took off.  Let's call the magistrate.  I am not           10:36:41

16   coming back here.  Let's call the court, please.  I

17   will.  I need the number.  I want to get this out.

18   You can.  In -- in the -- mid deposition, that's

19   exactly what you do.  Please call them and deal

20   with this.  I want to get it on the record.  I            10:36:41

21   can't get the Internet here, but I'll do it myself.

22              (Whereupon, Mr. Hoffman has left the

23   room.)

24              THE DEPONENT:  Do I still need to keep

25   this mic on?                                              10:38:15

Page 45

1    I, Rebecca L. Romano, a Certified Shorthand

2    Reporter of the State of California, do hereby

3    certify:

4        That the foregoing proceedings were taken

5    before me at the time and place herein set forth;

6    that any witnesses in the foregoing proceedings,

7    prior to testifying, were administered an oath;

8    that a record of the proceedings was made by me

9    using machine shorthand which was thereafter

10   transcribed under my direction; that the foregoing

11   transcript is true record of the testimony given.

12       Further, that if the foregoing pertains to the

13   original transcript of a deposition in a Federal

14   Case, before completion of the proceedings, review

15   of the transcript [ ] was [X] was not requested.

16       I further certify I am neither financially

17   interested in the action nor a relative or employee

18   of any attorney or any party to this action.

19       IN WITNESS WHEREOF, I have this date

20   subscribed my name.

21   Dated:   January 16, 2017

22

23

24            <%signature%>

             Rebecca L. Romano, RPR,

25            CSR. No 12546

# EXHIBIT B

**Veritext**
**Western Regional Headquarters**



707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| Bill To: | Michele J. Beilke, Esq. | | | |
| | Reed Smith LLP | | **Invoice #:** | CA2856212 |
| | 355 South Grand Avenue, Suite 2900 | | **Invoice Date:** | 1/16/2017 |
| | Los Angeles, CA, 90071 | | **Balance Due:** | $824.50 |

| | | |
|---|---|---|
| **Case:** | Robinson v. The Chef's Warehouse, Inc | **Client Matter #:**  505620.50014 |
| **Job #:** | 2502346 \| Job Date: 1/12/2017 \| Delivery: Expedited | |
| **Billing Atty:** | Michele J. Beilke, Esq. | |
| **Location:** | Reed Smith | |
| | 101 Second St \| Suite 1800 \| San Francisco, CA 94105 | |
| **Sched Atty:** | Michele J. Beilke, Esq. \| Reed Smith LLP | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 54.00 | $561.60 |
| | Exhibits | Per Page | 32.00 | $20.80 |
| Shaon Robinson | Realtime Services | Page | 54.00 | $89.10 |
| | Litigation Package | 1 | 1.00 | $45.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Parking Expense | Per hour | 1.00 | $38.00 |
| | Shipping & Handling | Package | 1.00 | $20.00 |

| Notes: | | **Invoice Total:** | $824.50 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $824.50 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| **Invoice #:** | CA2856212 |
| **Job #:** | 2502346 |
| **Invoice Date:** | 1/16/2017 |
| **Balance:** | $824.50 |

**Veritext**
**Western Regional Headquarters**

VERITEXT
LEGAL SOLUTIONS

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

| | | | | |
|---|---|---|---|---|
| **Bill To:** | Michele J. Beilke, Esq.<br>Reed Smith LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA, 90071 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CA2856954<br>1/17/2017<br>$483.67 | |

| | | | |
|---|---|---|---|
| **Case:** | Robinson v. The Chef's Warehouse, Inc | **Client Matter #:** | 505620.50014 |
| **Job #:** | 2502346 \| Job Date: 1/12/2017 \| Delivery: Normal | | |
| **Billing Atty:** | Michele J. Beilke, Esq. | | |
| **Location:** | Reed Smith | | |
| | 101 Second St \| Suite 1800 \| San Francisco, CA 94105 | | |
| **Sched Atty:** | Michele J. Beilke, Esq. \| Reed Smith LLP | | |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Shaon Robinson | Video - Services | | 2.25 | $438.75 |
| | Parking Expense | Per hour | 1.00 | $9.92 |
| | Shipping & Handling - Video Media | Package | 1.00 | $35.00 |

| Notes: | | | |
|---|---|---|---|
| | **Invoice Total:** | $483.67 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $483.67 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | CA2856954 |
| **Job #:** | 2502346 |
| **Invoice Date:** | 1/17/2017 |
| **Balance:** | $483.67 |

42789