1  Michele J. Beilke (State Bar No. 194098)
   mbeilke@reedsmith.com
2  Julia Y. Trankiem (State Bar. No. 228666)
   jtrankiem@reedsmith.com
3  Zaher Lopez (State Bar No. 272293)
   zlopez@reedsmith.com
4  REED SMITH LLP
   355 South Grand Avenue, Suite 2800
5  Los Angeles, California 90071
   Telephone:   213.457.8000
6  Facsimile:    213.457.8080

7  *Attorneys for Defendant*
   THE CHEFS' WAREHOUSE WEST
8  COAST, LLC, erroneously sued as THE
   CHEFS' WAREHOUSE, INC.

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  SHAON ROBINSON, on behalf of himself,      Case No.: 15-cv-05421-RS (KAW)
    all others similarly situated, and the general
    public,                                    **DECLARATION OF ZAHER LOPEZ**
14                                              **IN SUPPORT OF DEFENDANTS'**
                                                **MOTION FOR SANCTIONS AGAINST**
15                     Plaintiff,               **ATTORNEY MICHAEL HOFFMAN**
                                                **PURSUANT TO FRCP 30(D)(2) AND 28**
16          vs.                                 **U.S.C. § 1927**

17  THE CHEFS' WAREHOUSE, INC., a
    Delaware corporation, and DOES 1 through
18  100, inclusive,

19                     Defendants.

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

I, Zaher Lopez, hereby declare:

1.      I am an attorney duly admitted to practice law in the State of California and an associate at Reed Smith LLP, counsel of record for defendants THE CHEFS' WAREHOUSE, INC. and THE CHEFS' WAREHOUSE WEST COAST, LLC (hereinafter "Defendants"). I make this Declaration in support of Defendants' Motion for Sanctions Against Attorney Michael Hoffman Pursuant to FRCP 30(d)(2) and 28 U.S.C. § 1927 (the "Motion"). I have personal knowledge of the matters set forth in this Declaration. If called as a witness, I could and would competently testify to these matters.

2.      Defendants incurred fees in connection with this Motion. My hourly rate for this matter is $360.00. I spent no less than seven (7) hours preparing the underlying Motion and supporting documents. I expect to spend no less than three (3) hours preparing Reply papers. Therefore, the total in fees that Defendants have and will incur in connection with this Motion is a conservative Three Thousand Six Hundred Dollars with Zero Cents ($3,600.00).

3.      Moreover, prior to the filing of this Motion, Defendants incurred fees in connection with the filing of a Motion for Administrative Relief related to the same issues addressed in this Motion. My colleague, Julia Y. Trankiem, spent no less than ten (10) hours preparing the Motion for Administrative Relief and supporting documents. Ms. Trankiem's hourly rate for this matter is $525.00. Therefore, the total in fees that Defendants have incurred in connection with the previously filed related Motion for Administrative Relief is a conservative Five Thousand Two Hundred and Fifty Dollars with Zero Cents ($5,250.00).

4.      I graduated from American University, Washington College of Law in 2010. I have experience in all aspects of state and federal court employment litigation involving harassment, retaliation, wrongful termination, discrimination, breach of contract, wage and hour and other employment matters.

5.      Ms. Trankiem is a Partner with Reed Smith. She graduated from the

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1 University of Michigan School of Law in 2003.  She has experience in all aspects of state
2 and federal court employment litigation involving wage and hour matters as well as
3 discrimination, harassment, retaliation, wrongful termination, and other employment
4 matters.

5       6.    In my experience, the rates charged by Reed Smith attorneys in the
6 representation of Defendants in connection with this matter are commensurate with each
7 attorney's seniority and experience and well within the range of the rates charged by
8 similarly qualified and experienced attorneys in other large firms in Los Angeles County
9 and San Francisco County.  In my experience, Reed Smith's rates are competitive with the
10 market rates charged by comparable firms.

11       7.    Therefore, Defendants additionally incurred Eight Thousand Eight-Hundred
12 and Fifty Dollars with Zero Cents ($8,850.00) in connection with this Motion.

13       8.    Following Defendants' Motion for Administrative Relief, counsel for
14 Defendants met and conferred with counsel for Plaintiffs, Michael Hoffman and Leonard
15 Emma, regarding the issues underlying this Motion for Sanctions.  Although Plaintiffs'
16 counsel proposed a stipulation that would address some of the issues (i.e., Mr. Hoffman
17 offered to pay defense counsel the $4,106.32 incurred as a result of the suspended January
18 12, 2017 deposition), which is, in essence, an admission that Plaintiffs' counsel agrees that
19 at least some sanctions are warranted here, Plaintiffs' counsel rejected Defendants' request
20 that Mr. Hoffman be precluded from taking or defending future depositions in this matter.
21 Mr. Hoffman's misconduct was so extreme that Defense counsel fears Mr. Hoffman will
22 engage in this behavior again, and it may only escalate.  Defendants and defense counsel
23 therefore find that court intervention, and not a stipulation by the parties, is necessary to
24 resolve these serious issues.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

— 3 —

1    I declare under penalty of perjury pursuant to the laws of the State of California that

2  the foregoing is true and correct.  Executed on February __2__, 2017, at Los Angeles,

3  California.

4                                    _____

5                                    Zaher Lopez

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

— 4 —

DECLARATION OF ZAHER LOPEZ IN SUPPORT OF
DEFENDANTS' MOTION FOR SANCTIONS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2017, I electronically filed the foregoing **DECLARATION OF ZAHER LOPEZ IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS AGAINST ATTORNEY MICHAEL HOFFMAN PURSUANT TO FRCP 30(d)(2) AND 28 U.S.C. § 1927** with the Clerk of the Court for the United States District Court (Northern District of California) using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification.

Dated this 2nd day of February 2, 2017.

*/s/  Zaher Lopez*
Zaher Lopez

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DECLARATION OF ZAHER LOPEZ IN SUPPORT OF
DEFENDANTS' MOTION FOR SANCTIONS