HOFFMAN EMPLOYMENT LAWYERS
MICHAEL HOFFMAN (SBN 154481)
mhoffman@employment-lawyers.com
LEONARD EMMA (SBN 224483)
lemma@employment-lawyers.com
STEPHEN NOEL ILG (SBN 275599)
silg@employment-lawyers.com
580 California Street, Suite 1600
San Francisco, CA 94104
Tel:   (415) 362-1111
Fax:   (415) 362-1112

Attorneys for Plaintiff SHAON ROBINSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAON ROBINSON, SEAN CLARK, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiff,<br>vs.<br><br>THE CHEFS' WAREHOUSE, INC., a Delaware corporation, THE CHEFS' WAREHOUSE WEST COAST, LLC, a California limited liability company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 15-cv-05421<br>ORDER<br>**JOINT STIPULATION TO EXTEND EXPERT DEADLINES** |

Plaintiffs SHAON ROBINSON and SEAN CLARK, on behalf of themselves and all others similarly situated, ("Plaintiffs") and THE CHEFS' WAREHOUSE, INC. and THE CHEFS' WAREHOUSE WEST COAST, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on March 24, 2016, the Court entered a Case Management Scheduling Order (Dkt. 20) (the "Order").

WHEREAS, the Order set forth the following deadlines:

- On or before March 3, 2017, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).
- On or before March 17, 2017, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).
- On or before April 28, 2017, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

WHEREAS, based on the current Order, Plaintiffs' motion for class certification shall be heard on September 21, 2017.

WHEREAS, the Parties are engaged in fact discovery disputes and mutually agree it would be beneficial and a conservation of time and resources to conduct further fact discovery, resolve outstanding fact discovery disputes that may impact the production of contact information and documents (including time records and wage statements) for putative class members, and obtain a ruling on class certification before exchanging expert-related disclosures.

WHEREAS, this is the Parties' first stipulation to extend expert discovery deadlines.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** between the Parties, by and through their respective attorneys of record, subject to an order of the Court, that expert-related deadlines be continued as set forth below:

- October 23, 2017, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

HOFFMAN EMPLOYMENT LAWYERS
580 California Street, Ste. 1600
San Francisco, CA 94104
(415) 362-1111

- November 6, 2017, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).
- December 18, 2017, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 2, 2017                HOFFMAN EMPLOYMENT LAWYERS

/s/ Stephen Noel Ilg
_____
Stephen Noel Ilg
Attorneys for SHAON ROBINSON and SEAN CLARK on behalf of themselves, all others similarly situated, and the general public

Dated: March 2, 2017                REED SMITH LLP

/s/ Julia Y. Trankiem
_____
Julia Y. Trankiem
Attorneys for THE CHEFS' WAREHOUSE WEST COAST, LLC, erroneously sued as THE CHEFS' WAREHOUSE, INC.

### Attestation

Pursuant to Northern District L.R. 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**HOFFMAN EMPLOYMENT LAWYERS**
580 California Street, Ste. 1600
San Francisco, CA 94104
(415) 362-1111

**HOFFMAN EMPLOYMENT LAWYERS**
580 California Street, Ste. 1600
San Francisco, CA 94104
(415) 362-1111

*/s/ Stephen Noel Ilg*
STEPHEN NOEL ILG
HOFFMAN EMPLOYMENT LAWYERS
Attorneys for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/3/17

RICHARD SEEBORG

UNITED STATES DISTRICT JUDGE