UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAON ROBINSON, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHEFS' WAREHOUSE, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 15-cv-05421<br><br>The Honorable Magistrate Judge Kandis A. Westmore<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF DEFENDANT'S MOTION FOR SANCTIONS AGAINST ATTORNEY MICHAEL HOFFMAN PURSUANT TO FRCP 30(d)(2) AND 28 U.S.C. § 1927** AS MODIFIED<br><br>Re: Doc. Nos. 59-63; 78 |

Good cause appearing therefore, the Court hereby grants Defendants' Motion for Leave to File Motion for Reconsideration of Defendants' Motion for Sanctions Against Attorney Michael Hoffman Pursuant to FRCP 30(d)(2) and 28 U.S.C. § 1927. It is hereby ORDERED THAT:

~~(1) Defendants The Chefs' Warehouse, Inc. and The Chefs' Warehouse West Coast, LLC's (hereinafter, "Defendant") Motion for Leave to File Motion for Reconsideration of Defendants' Motion for Sanctions Against Attorney Michael Hoffman Pursuant to FRCP 30(d)(2) and 28 U.S.C. § 1927 is hereby granted;~~

~~(2)~~ Within _7_ days of this Order, Defendant may file its Motion for Reconsideration of Defendants' Motion for Sanctions Against Attorney Michael Hoffman Pursuant to FRCP 30(d)(2) and 28 U.S.C. § 1927.

**IT IS SO ORDERED.**

Dated: ___4/14/17___

_____
The Honorable Kandis A. Westmore
United States Magistrate Judge

— 1 —
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF DEFENDANT'S MOTION FOR SANCTIONS