UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAON ROBINSON, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHEFS' WAREHOUSE, INC., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 15-cv-05421<br><br>The Honorable Magistrate Judge Kandis A. Westmore<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO APPEAR BY TELEPHONE FOR MOTION FOR RECONSIDERATION HEARING<br><br>Date: June 1, 2017<br>Time: 2:00 p.m.<br>Loc.: Courtroom 4<br><br>Case Assigned for All Purposes to Judge Kandis A. Westmore<br><br>Complaint Filed: October 2, 2015<br>Removed: November 25, 2015 |

Good cause appearing therefore, the Court hereby grants Defendants' request for Defendants' counsel, Raymond Cardozo, to appear telephonically at the hearing on the Motion for Reconsideration of Defendants' Motion for Sanctions Against Attorney Michael Hoffman Pursuant to FRCP 30(d)(2) and 28 U.S.C. §1927, scheduled for June 1, 2017, at 2:00 p.m. in Courtroom 4 of the above-entitled court before the Honorable Kandis A. Westmore.

**IT IS SO ORDERED.**

Dated:  5/31/17

DENIED
*Kandis Westmore*
Judge Kandis Westmore

The Honorable Kandis A. Westmore
United States Magistrate Judge