UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAON ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CHEFS' WAREHOUSE,<br><br>    Defendant. | Case No. 3:15-cv-05421-RS (KAW)<br><br>**ORDER REQUIRING DEFENDANT TO FILE A SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 85 |

On June 1, 2017, the Court held a hearing on Defendant's motion for reconsideration, during which defense counsel Michele Beilke represented that Mr. Hoffman had sent her an email saying that her defamatory and theatrical motions would result in her client paying more money for pursuing this motion. The Court wishes to consider this communication, so Ms. Beilke is ordered to file a supplemental declaration, with the email communication attached as an exhibit, within five days of this order. The declaration is limited to this single document, and any other emails in that email "chain." Mr. Hoffman is permitted to respond to the email by way of supplemental declaration within two days.

IT IS SO ORDERED.

Dated: June 2, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge