UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Time in Court:** 55 mins.

**Judge:** Kandis A. Westmore

**Date**: June 1, 2017

**Case No.:** C15-5421 RS (KAW)

**Case Title**: Robinson v. The Chefs' Warehouse

**Appearances:**

    For Plaintiff(s):  Frank Cialone, Kajsa Minor, Michael Hoffman, Leonard Emma, Stephen Ilg

    For Defendant(s): Michele Bielke, Sonya Goodwin

**Deputy Clerk**: Susan Imbriani      **Court Reporter**:  Diane Skillman

### PROCEEDINGS

1. Motion for Reconsideration - Doc. 85

    MOTION/MATTER:  ( X ) Taken under submission

### SUMMARY

Arguments heard, matter submitted.  Court to issue order.