MICHELLE BEILKE (State Bar No. 194098)
mbeilke@hunton.com
JULIA Y. TRANKIEM (State Bar No. 228666)
jtrankiem@hunton.com
HUNTON & WILLIAMS LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

Attorneys for Defendants
THE CHEFS' WAREHOUSE, INC. and
THE CHEFS' WAREHOUSE WEST
COAST, LLC



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAON ROBINSON, SEAN CLARK, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>THE CHEFS' WAREHOUSE, INC., a Delaware corporation, THE CHEFS' WAREHOUSE WEST COAST, LLC, a California limited liability company, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 15-CV-05421<br><br>The Honorable Kandis A. Westmore<br><br>**JOINT STATUS REPORT REGARDING PENDING MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH**<br><br>Complaint Filed: October 2, 2015<br>Trial Date: None set |

Pursuant to the Magistrate Judge's Order dated March 14, 2018, Plaintiffs Shaon Robinson and Sean Clark ("Plaintiffs") and Defendant The Chefs' Warehouse West Coast, LLC ("CW") hereby submit the following Joint Status Report.

CW is hereby withdrawing the Motion for Protective Order and Motion to Quash the Deposition Subpoena of Non-Party Stephanie Suto. [Doc. No. 148.] The parties will meet and confer regarding a deposition date.

DATED: March 23, 2018    HOFFMAN EMPLOYMENT LAWYERS

By: */s/ Leonard Emma*
Leonard Emma
Attorneys for Plaintiffs
SHAON ROBINSON and SEAN CLARK

DATED: March 23, 2018    HUNTON & WILLIAMS LLP

By: */s/ Julia Trankiem*
Julia Trankiem
Attorneys for Defendants
THE CHEFS' WAREHOUSE, INC. and
THE CHEFS' WAREHOUSE WEST COAST, LLC