HOFFMAN EMPLOYMENT LAWYERS
LEONARD EMMA (SBN 224483)
lemma@employment-lawyers.com
STEPHEN NOEL ILG (SBN 275599)
silg@employment-lawyers.com
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel:     (415) 362-1111
Fax:     (415) 362-1112

Attorneys for Plaintiffs SHAON ROBINSON
and SEAN CLARK *et al.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAON ROBINSON, SEAN CLARK, SAUL PRADO, JAMES ROBERTS, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>THE CHEFS' WAREHOUSE, INC., a Delaware corporation, THE CHEFS' WAREHOUSE WEST COAST, LLC, a California limited liability company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 15-cv-05421<br><br>**JOINT STIPULATION REGARDING CERTIFICATION SCHEDULE** |

-1-

Plaintiffs SHAON ROBINSON *et al.*, on behalf of themselves and all others similarly situated, ("Plaintiffs") and THE CHEFS' WAREHOUSE WEST COAST, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the parties have met and conferred regarding a mutually convenient schedule for the briefing and hearing regarding Plaintiffs' Motion for Class Certification and jointly propose the following schedule:

- Motion for Class Certification: April 24, 2019;
- Opposition: May 15, 2019;
- Reply: May 29, 2019; and
- Hearing: June 13, 2019.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** between the Parties, by and through their respective attorneys of record, that the dates and deadlines listed above be set by the Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 21, 2019

HOFFMAN EMPLOYMENT LAWYERS, PC

/s/ Stephen Noel Ilg

_____

Stephen Noel Ilg
Attorneys for SHAON ROBINSON, SEAN CLARK, SAUL PRADO, and JAMES ROBERTS, on behalf of themselves, all others similarly situated, and the general public

Dated: March 21, 2019

HUNTON AK

/s/ Julia Y. Trankiem

_____

Julia Y. Trankiem
Attorneys for THE CHEFS' WAREHOUSE
WEST COAST, LLC

## **Attestation**

Pursuant to Northern District L.R. 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Stephen Noel Ilg*
STEPHEN NOEL ILG
HOFFMAN EMPLOYMENT LAWYERS
Attorneys for Plaintiffs

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/25/19

RICHARD SEEBORG

UNITED STATES DISTRICT JUDGE